THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Patrick Herb, Appellant.
 
 
 

Appeal From Lexington County
 R. Knox McMahon, Circuit Court Judge

Memorandum Opinion No. 2012-MO-007
Heard March 6, 2012  Filed April 11, 2012

DISMISSED

 
 
 
 Appellate
 Defender LaNelle C. DuRant, South Carolina Commission on Indigent Defense, of
 Columbia, for Appellant.
 John
 Benjamin Aplin, South Carolina Department of Probation, Parole, and Pardon
 Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: The Court dismisses this action as moot.  "A case becomes moot when judgment, if rendered,
 will have no practical legal effect upon existing controversy.  This is
 true when some event occurs making it impossible for [the] reviewing [c]ourt to
 grant effectual relief."  Mathis v. S.C. State Highway Dep't,
 260 S.C. 344, 346, 195 S.E.2d 713, 715 (1973).   This court will not decide
 moot or academic questions where there remains no actual controversy.  Id. (citation
omitted).  
DISMISSED. 
TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.